**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 19-1634**

─────────

ERIC ALAN SANDERS,

          Plaintiff - Appellant,

     v.

SOUTH CAROLINA WORKERS' COMPENSATION COMMISSION; MIKE CAMPBELL; SCOTT BECK; BARBARA CHEESEBORO; SUSAN BARDEN; EUGENIA HOLLMON; VALERIE DELLER; SHAWN DEBRUHL; GARY M. CANNON,

          Defendants - Appellees,

     and

AMY BRACY,

          Defendant.

─────────

**No. 19-1979**

─────────

ERIC ALAN SANDERS,

          Plaintiff - Appellant,

     v.

SOUTH CAROLINA WORKERS' COMPENSATION COMMISSION; MIKE CAMPBELL; SCOTT BECK; BARBARA CHEESEBORO; SUSAN BARDEN; EUGENIA HOLLMON; VALERIE DELLER; SHAWN DEBRUHL; GARY M. CANNON,

Defendants - Appellees,

and

AMY BRACY,

Defendant.

_____

Appeals from the United States District Court for the District of South Carolina, at Rock Hill. J. Michelle Childs, District Judge; Paige Jones Gossett, Magistrate Judge. (0:18-cv-02601-JMC-PJG)

_____

Submitted: February 18, 2020                               Decided: February 20, 2020

_____

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Eric Alan Sanders, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Eric Alan Sanders seeks to appeal the district court's orders denying his motion for recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Sanders seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*